THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16688
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Telephone: (801) 997-0442
Email: james@UtahADALaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley,<br><br>             Plaintiff,<br><br>v.<br><br>Quilted Bear Draper *d.b.a.* The Quilted Bear,<br><br>             Defendant. | Case No.: 2:17-cv-00805-RJS-DBP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to: Judge Robert J. Shelby<br>Referred to: Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Trevor Kelley and Defendant, Quilted Bear Draper, hereby stipulate that the above-entitled action be dismissed with prejudice, with each side to bear its own fees' and costs.

**RESPECTFULLY SUBMITTED** on this 5th day of July 2018.

*/s/ James K. Ord, III*
JAMES K. ORD, III
The Ord Firm, P.C.
PO Box 16688
Salt Lake City, UT 84116
Telephone: (435) 214-1433
*Attorney for Plaintiff*

*/s/ Bruce J. Boehm* (with permission)
Bruce J. Boehm
JONES WALDO HOLBROOK & MCDONOUGH
1441 W UTE BLVD #330
PARK CITY, UT 84098
(801)534-7214
Email: bboehm@joneswaldo.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 5th day of July 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Bruce J. Boehm
MCKAY BURTON & THURMAN PC
15 W SOUTH TEMPLE STE 1000
SALT LAKE CITY, UT 84101
(801) 521-4135
Email: bboehm@mbt-law.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action)*