IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>    Plaintiff,<br><br>v.<br><br>QUILTED BEAR DRAPER d/b/a THE QUILTED BEAR,<br><br>    Defendant. | **ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Case No. 2:17-CV-805<br><br>Judge Robert J. Shelby |

This matter is before the court pursuant to the parties' Stipulation of Dismissal.[1] The stipulation of the parties having been carefully considered and good cause appearing, the court DISMISSES the case with prejudice, with each party to bear its own attorney's fees and costs. The Clerk of Court is directed to close the case.

**SO ORDERED** this 5th day of July, 2018.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 19.